Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  23−11173−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William J Lolio                          Gina Lolio
11 Bells Lake Drive                     11 Bells Lake Drive
Blackwood, NJ 08012                     Blackwood, NJ 08012

Social Security No.:
xxx−xx−9596                             xxx−xx−2925

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 14, 2023.

Dated: June 14, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 23-11173-ABA |
|---|---|
| William J Lolio | Chapter 13 |
| Gina Lolio | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2023 | Form ID: plncf13 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William J Lolio, Gina Lolio, 11 Bells Lake Drive, Blackwood, NJ 08012-1564 |
| 519836233 | + | Amex - Hilton, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519836235 | + | Amex/Everyday, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519836236 | + | Amex/Platinum, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519836240 | + | City of Philadelphia, Parking Violations Branch, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 519896428 | | EMERG PHYS ASSOC OF SOUTH JERSEY, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519836247 | + | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 519836252 | + | TeamCare - A Central States Health Plan, PO Box 5126, Des Plaines, IL 60017-5126 |
| 519836253 | + | TruMark Financial Credit Union, 1000 Northbrook Drive, Trevose, PA 19053-8430 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 14 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 14 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2023 21:12:24 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519905238 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 14 2023 21:12:44 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville,TX 75403-3001 |
| 519836231 | ^ | MEBN | Jun 14 2023 21:00:25 | AmeriHome Mortgage Co., LLC, PO Box 77404, Ewing, NJ 08628-6404 |
| 519836230 | + | Email/PDF: bncnotices@becket-lee.com | Jun 14 2023 21:12:47 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519866349 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2023 21:12:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519836232 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2023 21:12:45 | Amex, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519836237 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2023 21:02:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 519881778 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2023 21:02:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

| 519891815 | | Email/Text: BKelectronicnotices@cenlar.com | | |
| | | | Jun 14 2023 21:03:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519837843 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Jun 14 2023 21:02:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 519839039 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jun 14 2023 21:12:21 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519836239 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Jun 14 2023 21:02:00 | Citizens Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 519836241 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jun 14 2023 21:12:38 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519836244 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 14 2023 21:02:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 519836242 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Jun 14 2023 21:12:28 | Dept of Ed/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 519836243 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 14 2023 21:02:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 519854096 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 14 2023 21:02:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany OH 43054-3025 |
| 519896428 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Jun 14 2023 21:03:00 | EMERG PHYS ASSOC OF SOUTH JERSEY, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519842724 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jun 14 2023 21:04:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 519836245 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jun 14 2023 21:04:00 | Hyundai Lease Titling Trust, 4000 MacArthur Blvd., Newport Beach, CA 92660-2558 |
| 519836246 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jun 14 2023 21:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519836238 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 14 2023 21:12:39 | Chase, 3415 Vision Drive, Columbus, OH 43219 |
| 519854713 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jun 14 2023 21:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519885240 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 14 2023 21:12:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519843159 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Jun 14 2023 21:04:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 519836248 | | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Jun 14 2023 21:04:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 519836249 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 14 2023 21:12:49 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 519889037 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | Jun 14 2023 21:04:00 | Philadelphia Parking Authority, 701 Market Street, Suite 5400, Philadelphia, PA 19106-2895 |
| 519836250 | ^ | MEBN | | |
| | | | Jun 14 2023 21:00:57 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519836251 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 14 2023 21:12:47 | SyncB/Venmo, PO Box 965015, Orlando, FL 32896-5015 |
| 519896096 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jun 14 2023 21:12:26 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519836805 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 14 2023 21:12:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

District/off: 0312-1                          User: admin                                    Page 3 of 3
Date Rcvd: Jun 14, 2023                       Form ID: plncf13                               Total Noticed: 43

519864413        + Email/Text: dbogucki@trumark.org

                                             Jun 14 2023 21:04:00    TruMark Financial Credit Union, 335 Commerce
                                                                     Drive, Fort Washington, PA 19034-2701

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519866350 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519866356 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519866375 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519868697 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519843180 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519836234 | ##+ | AMEX/Delta, PO Box 8218, Mason, OH 45040-8218 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor William J Lolio rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Joint Debtor Gina Lolio rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5