Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-11173 (ABA)

William J. Lolio and Gina Lolio  
11 Bells Lake Drive  
Blackwood, NJ  08012

Monthly Payment: $1,300.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

### For the period of 01/01/2023 to 12/31/2023
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/24/2023 | $1,200.00 | 04/24/2023 | $1,200.00 | 05/26/2023 | $1,200.00 | 06/30/2023 | $1,300.00 |
| 08/04/2023 | $1,300.00 | 09/01/2023 | $1,300.00 | 10/06/2023 | $1,300.00 | 11/06/2023 | $1,300.00 |
| 12/06/2023 | $1,300.00 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILLIAM J. LOLIO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,388.00 | $4,388.00 | $0.00 | $4,388.00 |
| 1 | AMERICAN EXPRESS | 33 | $117.90 | $4.03 | $113.87 | $4.03 |
| 2 | CENLAR, FSB | 24 | $1,016.87 | $1,016.87 | $0.00 | $1,016.87 |
| 3 | AMERICAN EXPRESS | 33 | $1,994.40 | $68.18 | $1,926.22 | $68.18 |
| 4 | AMERICAN EXPRESS | 33 | $1,350.68 | $46.18 | $1,304.50 | $46.18 |
| 5 | AMERICAN EXPRESS | 33 | $7,661.36 | $261.92 | $7,399.44 | $261.92 |
| 6 | AMEX/EVERYDAY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS | 33 | $373.58 | $12.77 | $360.81 | $12.77 |
| 8 | BANK OF AMERICA, N.A. | 33 | $8,854.10 | $302.70 | $8,551.40 | $302.70 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $5,606.02 | $191.66 | $5,414.36 | $191.66 |
| 10 | CITIZENS BANK, N.A. | 33 | $2,927.25 | $100.08 | $2,827.17 | $100.08 |
| 11 | LVNV FUNDING, LLC | 33 | $480.95 | $16.44 | $464.51 | $16.44 |
| 12 | LVNV FUNDING, LLC | 33 | $269.13 | $9.20 | $259.93 | $9.20 |
| 13 | AIDVANTAGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | DISCOVER BANK | 33 | $9,141.73 | $312.54 | $8,829.19 | $312.54 |
| 16 | HYUNDAI CAPITAL AMERICA | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 28 | $64.00 | $64.00 | $0.00 | $64.00 |
| 18 | JEFFERSON HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | NAVY FEDERAL CREDIT UNION | 33 | $4,722.62 | $161.46 | $4,561.16 | $161.46 |
| 20 | PAYPAL CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | 33 | $165.48 | $5.66 | $159.82 | $5.66 |
| 23 | TEAMCARE - A CENTRAL STATES HEALTH PLAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PHILADELPHIA PARKING AUTHORITY | 33 | $1,506.00 | $51.49 | $1,454.51 | $51.49 |
| 25 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | GINA LOLIO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | NAVY FEDERAL CREDIT UNION | 33 | $13,930.42 | $476.26 | $13,454.16 | $476.26 |
| 30 | NAVY FEDERAL CREDIT UNION | 33 | $9,676.58 | $330.82 | $9,345.76 | $330.82 |
| 31 | NAVY FEDERAL CREDIT UNION | 33 | $353.13 | $12.07 | $341.06 | $12.07 |
| 32 | NAVY FEDERAL CREDIT UNION | 33 | $18,090.33 | $618.48 | $17,471.85 | $618.48 |
| 33 | NAVY FEDERAL CREDIT UNION | 33 | $5,603.76 | $191.58 | $5,412.18 | $191.58 |
| 34 | NAVY FEDERAL CREDIT UNION | 33 | $17,466.22 | $597.14 | $16,869.08 | $597.14 |
| 35 | NAVY FEDERAL CREDIT UNION | 33 | $11,042.60 | $377.53 | $10,665.07 | $377.53 |
| 36 | NAVY FEDERAL CREDIT UNION | 33 | $6,418.29 | $219.43 | $6,198.86 | $219.43 |
| 37 | LVNV FUNDING, LLC | 33 | $4,013.45 | $137.22 | $3,876.23 | $137.22 |
| 38 | TRUMARK FINANCIAL CREDIT UNION | 33 | $7,523.63 | $257.22 | $7,266.41 | $257.22 |
| 39 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $157.57 | $5.39 | $152.18 | $5.39 |
| 40 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $2,028.41 | $69.35 | $1,959.06 | $69.35 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2023 | 2.00 | $0.00 |
| 05/01/2023 | Paid to Date | $3,600.00 |
| 06/01/2023 | 57.00 | $1,300.00 |
| 03/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $11,400.00 |
| Total paid to creditors this period: | $10,305.67 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,600.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**