Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-11173 (ABA)

William J. Lolio and Gina Lolio  
11 Bells Lake Drive  
Blackwood, NJ  08012

Monthly Payment: $1,300.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2024 | $1,300.00 | 02/06/2024 | $1,300.00 | 03/07/2024 | $1,300.00 | 04/08/2024 | $1,300.00 |
| 05/07/2024 | $1,300.00 | 06/06/2024 | $1,300.00 | 07/09/2024 | $1,300.00 | 08/07/2024 | $1,300.00 |
| 09/09/2024 | $1,300.00 | 09/23/2024 | $1,300.00 | 10/15/2024 | $325.00 | 10/22/2024 | $325.00 |
| 10/28/2024 | $325.00 | 11/04/2024 | $325.00 | 11/12/2024 | $325.00 | 11/19/2024 | $325.00 |
| 11/25/2024 | $325.00 | 12/03/2024 | $325.00 | 12/09/2024 | $325.00 | 12/16/2024 | $325.00 |
| 12/26/2024 | $325.00 | 12/31/2024 | $325.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILLIAM J. LOLIO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,388.00 | $4,388.00 | $0.00 | $4,388.00 |
| 1 | AMERICAN EXPRESS | 33 | $117.90 | $15.98 | $101.92 | $4.03 |
| 2 | CENLAR, FSB | 24 | $1,016.87 | $1,016.87 | $0.00 | $1,016.87 |
| 3 | AMERICAN EXPRESS | 33 | $1,994.40 | $270.38 | $1,724.02 | $68.18 |
| 4 | AMERICAN EXPRESS | 33 | $1,350.68 | $183.11 | $1,167.57 | $46.18 |
| 5 | AMERICAN EXPRESS | 33 | $7,661.36 | $1,038.65 | $6,622.71 | $261.92 |
| 6 | AMEX/EVERYDAY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS | 33 | $373.58 | $50.64 | $322.94 | $12.77 |
| 8 | BANK OF AMERICA, N.A. | 33 | $8,854.10 | $1,200.34 | $7,653.76 | $302.70 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $5,606.02 | $760.00 | $4,846.02 | $191.66 |
| 10 | RESURGENT RECEIVABLES, LLC | 33 | $2,927.25 | $396.85 | $2,530.40 | $100.08 |
| 11 | LVNV FUNDING, LLC | 33 | $480.95 | $65.20 | $415.75 | $16.44 |
| 12 | LVNV FUNDING, LLC | 33 | $269.13 | $36.49 | $232.64 | $9.20 |
| 13 | AIDVANTAGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | DISCOVER BANK | 33 | $9,141.73 | $1,239.34 | $7,902.39 | $312.54 |
| 16 | HYUNDAI CAPITAL AMERICA | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 28 | $64.00 | $64.00 | $0.00 | $64.00 |
| 18 | JEFFERSON HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | NAVY FEDERAL CREDIT UNION | 33 | $4,722.62 | $640.24 | $4,082.38 | $161.46 |
| 20 | PAYPAL CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | 33 | $165.48 | $22.43 | $143.05 | $5.66 |
| 23 | TEAMCARE - A CENTRAL STATES HEALTH PLAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | PHILADELPHIA PARKING AUTHORITY | 33 | $1,506.00 | $204.17 | $1,301.83 | $51.49 |
| 25 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | GINA LOLIO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | NAVY FEDERAL CREDIT UNION | 33 | $13,930.42 | $1,888.53 | $12,041.89 | $476.26 |
| 30 | NAVY FEDERAL CREDIT UNION | 33 | $9,676.58 | $1,311.84 | $8,364.74 | $330.82 |
| 31 | NAVY FEDERAL CREDIT UNION | 33 | $353.13 | $47.87 | $305.26 | $12.07 |
| 32 | NAVY FEDERAL CREDIT UNION | 33 | $18,090.33 | $2,452.50 | $15,637.83 | $618.48 |
| 33 | NAVY FEDERAL CREDIT UNION | 33 | $5,603.76 | $759.70 | $4,844.06 | $191.58 |
| 34 | NAVY FEDERAL CREDIT UNION | 33 | $17,466.22 | $2,367.88 | $15,098.34 | $597.14 |
| 35 | NAVY FEDERAL CREDIT UNION | 33 | $11,042.60 | $1,497.04 | $9,545.56 | $377.53 |
| 36 | NAVY FEDERAL CREDIT UNION | 33 | $6,418.29 | $870.12 | $5,548.17 | $219.43 |
| 37 | LVNV FUNDING, LLC | 33 | $4,013.45 | $544.11 | $3,469.34 | $137.22 |
| 38 | TRUMARK FINANCIAL CREDIT UNION | 33 | $7,523.63 | $1,019.97 | $6,503.66 | $257.22 |
| 39 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $157.57 | $21.36 | $136.21 | $5.39 |
| 40 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $2,028.41 | $274.99 | $1,753.42 | $69.35 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2023 | 2.00 | $0.00 |
| 05/01/2023 | Paid to Date | $3,600.00 |
| 06/01/2023 | 57.00 | $1,300.00 |
| 03/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $16,900.00 |
| Total paid to creditors this period: | $10,305.67 |
| Undistributed Funds on Hand: | $877.52 |
| Arrearages: | $0.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**