B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  WILLIAM J LOLIO and GINA LOLIO_____,          Case No.  1-23-BK-11173_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_LVNV Funding LLC_____          _NAVY FEDERAL CREDIT UNION_____
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): _____5_____
should be sent:  LVNV Funding LLC                     Amount of Claim:  ____18,090.33____
              PO Box 10587                            Date Claim Filed:  _____2/22/2023_____
              Greenville SC 29603

Phone:  _(877) 264-5884_____          Phone: _____
Last Four Digits of Acct #: _____3629_____          Last Four Digits of Acct. #: ____3629___

Name and Address where transferee payments
should be sent (if different from above):
              Resurgent Capital Services
              PO Box 10587
              Greenville, SC  29603
Phone:  _(877) 264-5884_____
Last Four Digits of Acct #:_____3629_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Lore'l Thompson_____          Date:_9/26/2025_____
        Transferee/Transferee's Agent
        (877) 264-5884
        AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.