Printed on: 12/31/2025 
ANDREW B. FINBERG [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 23-11173 (ABA)**

Monthly Payment: $1,300.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

William J. Lolio and Gina Lolio
11 Bells Lake Drive
Blackwood, NJ 08012

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2025 | $325.00 | 01/13/2025 | $325.00 | 01/21/2025 | $325.00 | 01/28/2025 | $325.00 |
| 02/03/2025 | $325.00 | 02/10/2025 | $325.00 | 02/18/2025 | $325.00 | 02/25/2025 | $325.00 |
| 03/03/2025 | $325.00 | 03/10/2025 | $325.00 | 03/17/2025 | $325.00 | 03/24/2025 | $325.00 |
| 03/31/2025 | $325.00 | 04/07/2025 | $325.00 | 04/14/2025 | $325.00 | 04/21/2025 | $325.00 |
| 04/28/2025 | $325.00 | 05/05/2025 | $325.00 | 05/12/2025 | $325.00 | 05/19/2025 | $325.00 |
| 05/27/2025 | $325.00 | 06/03/2025 | $325.00 | 06/09/2025 | $325.00 | 06/16/2025 | $325.00 |
| 06/24/2025 | $325.00 | 06/30/2025 | $325.00 | 07/08/2025 | $325.00 | 07/14/2025 | $325.00 |
| 07/21/2025 | $325.00 | 07/28/2025 | $325.00 | 08/04/2025 | $325.00 | 08/11/2025 | $325.00 |
| 08/18/2025 | $325.00 | 08/25/2025 | $325.00 | 09/02/2025 | $325.00 | 09/09/2025 | $325.00 |
| 09/15/2025 | $325.00 | 09/22/2025 | $325.00 | 09/29/2025 | $325.00 | 10/06/2025 | $325.00 |
| 10/14/2025 | $325.00 | 10/21/2025 | $325.00 | 10/27/2025 | $325.00 | 11/03/2025 | $325.00 |
| 11/10/2025 | $325.00 | 11/18/2025 | $325.00 | 11/24/2025 | $325.00 | 12/02/2025 | $325.00 |
| 12/08/2025 | $325.00 | 12/15/2025 | $325.00 | 12/22/2025 | $325.00 | 12/30/2025 | $325.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILLIAM J. LOLIO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,388.00 | $4,388.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $117.90 | $17.93 | $99.97 | $11.95 |
| 2 | SERVICEMAC, LLC | 24 | $1,016.87 | $1,016.87 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $1,994.40 | $485.26 | $1,509.14 | $202.20 |
| 4 | AMERICAN EXPRESS | 33 | $1,350.68 | $268.18 | $1,082.50 | $136.93 |
| 5 | AMERICAN EXPRESS | 33 | $7,661.36 | $1,864.10 | $5,797.26 | $776.73 |
| 6 | AMEX/EVERYDAY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS | 33 | $373.58 | $73.04 | $300.54 | $37.87 |
| 8 | BANK OF AMERICA, N.A. | 33 | $8,854.10 | $2,154.32 | $6,699.78 | $897.64 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $5,606.02 | $1,364.02 | $4,242.00 | $568.34 |
| 10 | RESURGENT RECEIVABLES, LLC | 33 | $2,927.25 | $712.24 | $2,215.01 | $296.77 |
| 11 | LVNV FUNDING, LLC | 33 | $480.95 | $90.07 | $390.88 | $48.76 |
| 12 | LVNV FUNDING, LLC | 33 | $269.13 | $40.93 | $228.20 | $27.29 |
| 13 | AIDVANTAGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | DISCOVER BANK | 33 | $9,141.73 | $2,224.28 | $6,917.45 | $926.80 |
| 16 | HYUNDAI CAPITAL AMERICA | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 28 | $64.00 | $64.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 18 | JEFFERSON HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | LVNV FUNDING, LLC | 33 | $4,722.62 | $1,149.06 | $3,573.56 | $478.78 |
| 20 | PAYPAL CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | 33 | $165.48 | $25.17 | $140.31 | $16.77 |
| 23 | TEAMCARE - A CENTRAL STATES HEALTH PLAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PHILADELPHIA PARKING AUTHORITY | 33 | $1,506.00 | $288.47 | $1,217.53 | $152.68 |
| 25 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | GINA LOLIO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | NAVY FEDERAL CREDIT UNION | 33 | $13,930.42 | $3,389.43 | $10,540.99 | $1,412.27 |
| 30 | LVNV FUNDING, LLC | 33 | $9,676.58 | $2,354.42 | $7,322.16 | $981.02 |
| 31 | NAVY FEDERAL CREDIT UNION | 33 | $353.13 | $85.91 | $267.22 | $35.80 |
| 32 | LVNV FUNDING, LLC | 33 | $18,090.33 | $4,401.59 | $13,688.74 | $1,834.02 |
| 33 | LVNV FUNDING, LLC | 33 | $5,603.76 | $1,363.47 | $4,240.29 | $568.12 |
| 34 | LVNV FUNDING, LLC | 33 | $17,466.22 | $4,249.74 | $13,216.48 | $1,770.74 |
| 35 | LVNV FUNDING, LLC | 33 | $11,042.60 | $2,686.78 | $8,355.82 | $1,119.51 |
| 36 | LVNV FUNDING, LLC | 33 | $6,418.29 | $1,561.65 | $4,856.64 | $650.69 |
| 37 | LVNV FUNDING, LLC | 33 | $4,013.45 | $976.52 | $3,036.93 | $406.89 |
| 38 | TRUMARK FINANCIAL CREDIT UNION | 33 | $7,523.63 | $1,830.59 | $5,693.04 | $762.75 |
| 39 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $157.57 | $23.97 | $133.60 | $15.97 |
| 40 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $362.89 | $362.89 | $0.00 | $205.64 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2023 | 2.00 | $0.00 |
| 05/01/2023 | Paid to Date | $3,600.00 |
| 06/01/2023 | 57.00 | $1,300.00 |
| 03/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $16,900.00 |
| Total paid to creditors this period: | $14,342.93 |
| Undistributed Funds on Hand: | $1,223.22 |
| Arrearages: | ($1,300.00) |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**